**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7015**

---

In Re: BOBBY RAY BROWN,

                                                    Petitioner.

---

On Petition for Writ of Mandamus.  (CA-92-679-2)

---

Submitted:  November 18, 1999          Decided:  December 3, 1999

---

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Bobby Ray Brown, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bobby Ray Brown petitions this court to issue a writ of mandamus ordering the district court and the Attorney General of North Carolina to give Brown a copy of a sealed exhibit from a petition for habeas corpus, 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999), ruled on by the district court in 1994.

The record of Brown's state court conviction, including the exhibit in question, was not retained in the district court, but was returned to the state attorney general. Federal courts do not have general power to compel action by state officials, <u>Davis v. Lansing</u>, 851 F.2d 72, 74 (4th Cir. 1988), or by private individuals such as Brown's prior counsel, whom he asserts also has a copy of the exhibit. <u>See</u> 28 U.S.C. § 1361 (1994). Therefore, we are unable to grant Brown the relief he seeks, and we deny his petition for a writ of mandamus. We deny his motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and oral argument would not aid the decisional process.

<u>PETITION DENIED</u>

2